No. 124. Great Northern Railway Company *v.* State of Minnesota. Error to the Supreme Court of the State of Minnesota. Argued January 13, 14, 1927. Decided January 17, 1927. *Per Curiam.* Dismissed for want of jurisdiction resulting from an insufficient setting forth and waiver of the claim of a substantial Federal constitutional question in the court below on the authority of *Sayward* v. *Denny,* 158 U. S. 180; *Oxley Stave Co.* v. *Butler Co.,* 166 U. S. 648, 655; *Jett Bros. Co.* v. *City of Carrollton,* 252 U. S. 1, 6. *Mr. F. G. Dorety,* with whom *Mr. M. L. Countryman* was on the brief, for plaintiff in error. *Mr. Patrick J. Ryan,* with whom *Messrs. Clifford*

*L. Hilton* and *G. A. Youngquist* were on the brief, for defendant in error.